**NOTE: CHANGES MADE BY COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| Maria De Lourdes Salazar De Huerta,<br><br>　　　　Plaintiff.<br><br>　　　v.<br><br>Martin O'Malley,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 8:23-cv-01680-FWS-JC<br><br>**ORDER AWARDING EAJA FEES [35]** |

Based upon the parties' Stipulation for Award of EAJA Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. §2412(d) [35] ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of $8,000.00, subject to the terms of the Stipulation. IT IS ORDERED that EAJA fees are awarded to Plaintiff in the amount of $8,000.00, subject to any federal debt owed by the

Plaintiff. If the Department of the Treasury determines that Plaintiff does not owe a federal debt, the government shall cause the payment of fees be made directly to Eddy Pierre Pierre and/or Pierre Pierre Law, P.C., pursuant to the Assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

Dated: January 14, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE